**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **GARLAND PITTMAN,**<br>*Plaintiff,*<br>**v.**<br>**CLAYTON,**<br>*Defendant.* | **CIVIL ACTION NO.**<br>**3:25-cv-00085-TES-AGH** |

**ORDER ADOPTING RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 18]. Plaintiff Garland Pittman did not object to the Recommendation in the allotted time. [*Id.* at p. 14]. So, after reviewing it for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. *See* Fed. R. Civ. P. 6(a)(1) and (d); 28 U.S.C. § 636(b)(1)(A). The magistrate judge recommended that the Court grant Defendant's Motion to Dismiss and dismiss Plaintiff's Complaint for failure to exhaust his administrative remedies. [Doc. 18, p. 14]. Accordingly, the Court **GRANTS** Defendant's Motion to Dismiss [Doc. 15] and **DISMISSES** Plaintiff's claims for failure to exhaust.

**SO ORDERED**, this 7th day of August, 2026.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**