IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| GARLAND PITTMAN, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 3:25-CV-00085-TES-AGH |
| CLAYTON, | * | |
| Defendant. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated August 7, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 10th day of August, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk